THE TWENTIETH CENTURY PRESS, INC., Appellant, v. ROSS, PRATT & BATTY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MAURICE REINACH, Respondent, v. CHARMING SCHOOL FROCKS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE MORRIS WHITE HANDBAGS CORPORATION, Appellant, v. HARRY A. ABRAMS, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of METROPOLITAN APARTMENTS, INC., for an Order Discharging a Certain Mechanic's Lien Filed by OTIS ELEVATOR COMPANY against Real Property upon Filing an Undertaking.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL FALK v. THE SHERIFF OF NEW YORK COUNTY or Any Other Person Having the Custody of WILLIAM F. DOYLE. JOINT LEGISLATIVE COMMITTEE, etc.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOSEPH USDINSKY and NATHAN MARTIN, Administrators, etc., v. HARPERSFIELD TRUCKING COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK v. EDWARD A. THOMPSON, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of BERNHARD KUPFER, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPH SAVOCA, as Administrator, etc., of CARMELO SAVOCA, Deceased, v. EDWARD C. GRIFFIN & SON, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs; motion for a stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES E. LOEW and Another, as Executors and Trustees, etc., of FREDERICK E. LOEW, Deceased, v. FERDINAND PHILLIPSON, Trustee, etc., and BARDEM REALTY CORPORATION and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES E. LOEW and Another, as Executors and Trustees, etc., of FREDERICK E. LOEW, Deceased, v. FERDINAND PHILLIPSON, Trustee in Bankruptcy, etc., and BARDEM REALTY CORPORATION and Others, Defendants.— Motion for a stay denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.